Scottlynn J Hubbard, SBN 212970
Khushpreet R. Mehton, SBN 276827
**DISABLED ADVOCACY GROUP, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: usdccentral@hubslaw.com

Attorneys for Plaintiff Martin Vogel

John T. Richards, SBN 159875
**JOHN T. RICHARDS, APLC**
101 West Broadway, Suite 1950
San Diego, CA 92101
Telephone: (619) 237-9800
Facsimile: (619) 238-9914
Email: jtrlaw@aol.com

Attorney for Defendant Cotipaz, Inc.

Stuart K. Tubis, SBN 278278
**JEFFER MANGELS BUTLER & MITCHELL LLP**
Two Embarcadero Center, Fifth Floor
San Francisco, CA  94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584
Email: skt@jmbm.com

Attorney for Defendants Warren L. Johnson and
Donna A. Johnson, Trustees

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Vogel, | Case No. EDCV15-00469 BRO (SPx) |
| Plaintiff, | |
| v. | ORDER ON **Joint Stipulation for Dismissal** |
| Cotipaz, Inc. dba Cotija's Taco Shop, et al., | |
| Defendants. | |

1  TO THE COURT AND ALL PARTIES:

2  Through this Joint Stipulation, plaintiff Martin Vogel and defendants Cotipaz, Inc. dba Cotija's Taco Shop; Warren L. Johnson, Trustee of the Johnson Revocable Living Trust dated November 17, 2000; and Donna A. Johnson, Trustee of the Johnson Revocable Living Trust dated November 17, 2000, hereby stipulate that the above-entitled action be dismissed with prejudice in its entirety pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: March 3, 2016         DISABLED ADVOCACY GROUP, APLC


                              /s/  Scottlynn J Hubbard
                             Scottlynn J Hubbard
                             Attorneys for Plaintiff Martin Vogel

Dated: March 4, 2016         JOHN T. RICHARDS, APLC


                              /s/  John T. Richards
                             John T. Richards
                             Attorney for Defendant Cotipaz, Inc.

Dated: March 3, 2016         JEFFER MANGELS BUTLER & MITCHELL LLP


                              /s/  Stuart K. Tubis
                             Stuart K. Tubis
                             Attorney for Defendants Warren L. Johnson, Trustee of the Johnson Revocable Living Trust dated November 17, 2000; and Donna A. Johnson, Trustee of the Johnson Revocable Living Trust dated November 17, 2000

**IT IS SO ORDERED.**

DATED: March 8, 2016

UNITED STATES DISTRICT JUDGE